ACCEPTED
03-14-00521-CV
5310041
THIRD COURT OF APPEALS
AUSTIN, TEXAS
5/15/2015 4:32:08 PM
JEFFREY D. KYLE
CLERK

Trial Lawyers ◆ ————
4040 N. Central Expressway, Ste. 850
Dallas, Texas 75204
Tel: 214.468.8844   Fax: 214.468.8845
Toll Free: 1.888.468.8844
www.sawickilawfirm.com


**SAWICKI**
**LAW** ◆ ————

———— ◆ Michael Sawicki
msawicki@sawickilawfirm.com
Board Certified Personal Injury
Texas Board of Legal Specialization

Andrew "Andy" Jones
ajones@sawickilawfirm.com

RECEIVED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS

5/15/2015 4:32:08 PM

JEFFREY D. KYLE
Clerk

May 15, 2015

Richard Kasson                                    **VIA FAX:  (210) 569-8490**
Gonzalez, Chiscana, Angulo
  & Kasson, PC
613 N.W. Loop 410, Ste. 800
San Antonio, Texas 78216

Leah Greene                                       **VIA FAX:  (713) 961-7953**
Edward Kroger
Kroger Burrus
3100 Weslayan, Ste. 300
Houston, Texas 77027

RE:     Cause No. C2013-0566C; *Leslie Baird v. Gerald Marcus Franklin, M.D., et al*; In the 274th District
        Court, Comal County, Texas

RE:     No. 03-14-00521-CV; *Christus Santa Rosa Health System d/b/a Christus Santa Rosa Hospital – New
        Braunfels, Appellant*; In the Third Court of Appeals, Austin, Texas

Dear Counsel:

## VACATION LETTER

I will be on vacation during the following weeks:

June 22 through 29, 2015
July 1 through 6, 2015
August 5 through 7, 2015

Please do not schedule any hearings, or depositions during this time.

Thank you for your attention to this matter.

Sincerely,

Michael G. Sawicki

MS/bgc
cc:
Clerk of the Court
274th District Court
150 N. Seguin, 3rd Fl. Annex Building
New Braunfels, Texas 78130

Clerk of the Court
Third Court of Appeals